**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  | x |  |
|---|---|---|
| IN RE ALLIANZGI STRUCTURED ALPHA CLASS ACTION LITIGATION | : : : : : | Lead Case No. 1:20-cv-07154 Hon. Katherine P. Failla |
|  | x |  |

## <u>MOTION FOR ADMISSION *PRO HAC VICE* OF WILLIAM DAVISON</u>

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, William Davison hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Allianz Global Investors U.S. LLC in the above-captioned action.

Attached to this motion are: (1) a Certificate of Good Standing issued within the past thirty days by the Commonwealth of Massachusetts; (2) the declaration required pursuant to Local Rule 1.3(c); and (3) a proposed order granting admission.

Dated:  March 2, 2022

Respectfully Submitted,

By:  */s/ William Davison*
       William Davison

ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel.: (617) 951-7000
william.davison@ropesgray.com

Attorneys for Defendant Allianz Global
Investors U.S. LLC

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———————

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on      **November 14, 2011**, said Court being the highest Court of Record in said Commonwealth:

## William T. Davison

being found duly qualified in that behalf, and having taken and subscribed

the oaths required by law, was admitted to practice as an Attorney, and, by virtue

thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing

according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the

seal of said Court, this    **tenth**    day of    **February**

in the year of our Lord **two thousand and twenty-two.**

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for the County of Suffolk.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  | x | |
|---|---|---|
| IN RE ALLIANZGI STRUCTURED ALPHA CLASS ACTION LITIGATION | : : : : : | Lead Case No. 1:20-cv-07154<br><br>Hon. Katherine P. Failla |
|  | x | |

### DECLARATION OF WILLIAM DAVISON IN SUPPORT OF
### <u>MOTION FOR ADMISSION *PRO HAC VICE*</u>

I, WILLIAM DAVISON, hereby declare as follows:

1)      I am an attorney with the law firm of Ropes & Gray LLP, Prudential Tower, 800 Boylston Street, Boston, Massachusetts 02199-3600.

2)      I submit this declaration in support of the motion for admission *pro hac vice* as counsel for Defendant Allianz Global Investors U.S. LLC in the above-captioned action.

3)      As shown in the attached Certificate of Good Standing, I am admitted and currently in good standing to practice law in the Commonwealth of Massachusetts.

4)      I have never been convicted of a felony.

5)      I have never been censured, suspended, disbarred, or denied admission or re-admission by any court.

6)      There are no disciplinary proceedings presently against me.

7)      I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 2, 2022                              Respectfully Submitted,

                                                   By:     */s/William Davison*
                                                           William Davison


                                                           ROPES & GRAY LLP
                                                           Prudential Tower
                                                           800 Boylston Street
                                                           Boston, MA 02199-3600
                                                           Tel.: (617) 951-7000
                                                           william.davison@ropesgray.com


                                                           Attorneys for Defendant Allianz Global
                                                           Investors U.S. LLC

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

—————————————————————— x
                                          :
IN RE ALLIANZGI STRUCTURED       :    Lead Case No. 1:20-cv-07154
ALPHA CLASS ACTION LITIGATION    :
                                          :    Hon. Katherine P. Failla
                                          :
                                          :
—————————————————————— x


[**PROPOSED**] **ORDER GRANTING MOTION TO APPEAR** *PRO HAC VICE*

The motion of William Davison for admission to practice *pro hac vice* in the above-

captioned action is granted.

Applicant has declared that he is a member in good standing of the Bar of the

Commonwealth of Massachusetts, and that his contact information is as follows:


> William Davison
> ROPES & GRAY LLP
> Prudential Tower
> 800 Boylston Street
> Boston, MA 02199-3600
> Tel.: (617) 951-7000
> william.davison@ropesgray.com


Applicant having requested admission *pro hac vice* to appear for all purposes as counsel

for Defendant Allianz Global Investors U.S. LLC in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the

above-captioned action in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED:

Dated:                                            _____
                                                 The Honorable Katherine Polk Failla, U.S.D.J.