UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE ALLIANZGI STRUCTURED
ALPHA CLASS ACTION LITIGATION

Lead Case No. 1:20-cv-7154 (KPF)

Hon. Katherine P. Failla

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

**WHEREAS**, Plaintiffs Teamster Members Retirement Plan f/k/a GCIU Inter-Local Pension Plan; Board of Trustees of Teamster Members Retirement Plan; Rasmani Bhattacharya and Claude Pumilia; Retirement Program for Employees of the Town of Fairfield; Retirement Program for Fairfield Police and Firemen's Retirement System; the New England Health Care Employees Pension Fund; and Board of Trustees of the New England Health Care Employees Pension Fund (collectively, "Plaintiffs") and Defendant Allianz Global Investors U.S. LLC have all reached settlements disposing of all claims asserted by the Plaintiffs in the above-captioned action (the "Action"); and

**WHEREAS**, Allianz Global Investors U.S. Holdings LLC, Allianz SE, Allianz Asset Management GmbH, Allianz of America, Inc., Allianz Asset Management of America Holdings Inc., Allianz Asset Management of America LLC, Allianz Asset Management of America LP, and PFP Holdings Inc. (collectively, the "Affiliate Defendants") were previously dismissed from the Action without prejudice, and Plaintiffs and Defendant agree that the prior dismissal of the Affiliate Defendants should be converted into one with prejudice;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among the Parties, through their undersigned counsel, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A), all claims asserted herein by Plaintiffs against all past and present defendants shall be, and hereby are, dismissed with prejudice, with each party to bear its own costs.

1

DATED:      April 26, 2022
            New York, New York

_[signature]_

William C. Fredericks
Donald M. Broggi
Zachary M. Vaughan
SCOTT+SCOTT ATTORNEYS AT LAW LLP
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: (212) 223-6444
Fax: (212) 223-6334

*Counsel for Plaintiffs Teamster Members Retirement Plan f/k/a GCIU Inter-Local Pension Plan, Board of Trustees of Teamster Members Retirement Plan, and Rasmani Bhattacharya and Claude Pumilia*

_[signature]_

David S. Golub
Steven L. Bloch
Ian W. Sloss
SILVER GOLUB & TEITELL LLP
One Landmark Square, 15th Floor
Stamford, CT 06901
Tel.: (203) 325-4491
Fax: (203) 325-3769

*Counsel for Plaintiffs Retirement Program for Employees of the Town of Fairfield, Retirement Program for Fairfield Police and Firemen's Retirement System, the New England Health Care Employees Pension Fund, and Board of Trustees of the New England Health Care Employees Pension Fund*

_[signature]_

Robert J. Giuffra, Jr.
Stephanie G. Wheeler
Kathleen S. McArthur
Ann-Elizabeth Ostrager
Jacob M. Croke
Hilary M. Williams
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel for Defendant Allianz Global Investors U.S. LLC and the Affiliate Defendants*

_[signature]_

Robert A. Skinner
Amy D. Roy
Mary Elizabeth Brust
William T. Davison
Cole A. Goodman
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

*Co-Counsel for Defendant Allianz Global Investors U.S. LLC*